1 | BENJAMIN B. WAGNER
United States Attorney
2 | KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916)554-2723

5 | Attorneys for Plaintiff
United States of America

6

7

8 |                   IN THE UNITED STATES DISTRICT COURT

9 |                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )    2:10-CV-03117-MCE-KJM
                                 )
12 |            Plaintiff,         )    **APPLICATION AND ORDER**
                                 )    **FOR PUBLICATION**
13 |       v.                      )
                                 )
14 | APPROXIMATELY $39,000.00 IN   )
U.S. CURRENCY,                   )
15 |                              )
            Defendant.           )
16 | _____ )

17 |        The United States of America, Plaintiff herein, applies for

18 | an order of publication as follows:

19 |        1.   Rule G(4) of the Supplemental Rules for Admiralty or

20 | Maritime Claims and Asset Forfeiture Actions (hereafter

21 | "Supplemental Rules") provides that the Plaintiff shall cause

22 | public notice of the action to be given in a newspaper of general

23 | circulation or on the official internet government forfeiture

24 | site;

25 |        2.   Local Rule 171, Eastern District of California, provides

26 | that the Court shall designate by order the appropriate newspaper

27 | or other vehicle for publication;

28 | ////

1    3.   The defendant Approximately $39,000.00 in U.S. Currency

2  (hereafter "defendant currency") was seized in the city of

3  Redding, in Shasta County, California.   The Drug Enforcement

4  Administration published notice of the non-judicial forfeiture of

5  the defendant currency on June 21, 28 and July 5, 2010, in *The*

6  *Wall Street Journal*.

7    4.   Plaintiff proposes that publication be made as follows:

8         a.   One publication;

9         b.   Thirty (30) consecutive days;

10        c.   On the official internet government forfeiture

11 site www.forfeiture.gov;

12        d.   The publication is to include the following:

13             (1)   The Court and case number of the action;

14             (2)   The date of the seizure/posting;

15             (3)   The identity and/or description of the

16 property seized/posted;

17             (4)   The name and address of the attorney for the

18 Plaintiff;

19             (5)   A statement that claims of persons entitled

20 to possession or claiming an interest pursuant to Supplemental

21 Rule G(5) must be filed with the Court and served on the attorney

22 for the Plaintiff no later than 60 days after the first day of

23 publication on the official internet government forfeiture site;

24 and

25             (6)   A statement that answers to the Complaint or

26 a motion under Rule 12 of the Federal Rules of Civil Procedure

27 ("Fed. R. Civ. P.") must be filed and served within 20 days after

28 ///

Application and Order for Publication

1  the filing of the claims and, in the absence thereof, default may

2  be entered and condemnation ordered.

3  Dated: <u>11/18/10</u>                    BENJAMIN B. WAGNER
                                          United States Attorney

4

5

6                                    By: <u>/s/ Kristin S. Door</u>
                                         KRISTIN S. DOOR
                                         Assistant U.S. Attorney

7

8

9                                    **ORDER**

10      IT IS SO ORDERED.

11  Dated:  December 1, 2010.

12                                   _____

13                                   U.S. MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28